IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY KOSSICK, on behalf of herself and all others similarly situated,

    Plaintiff,

  v.

ANTIAGING RESEARCH LABORATORIES, INC., et al.,

    Defendants.

No. C 15-01076 JSW

**ORDER REGARDING EX PARTE COMMUNICATION**

The Court has received a letter dated June 2, 2015 from defendant Rinaja Soleil ("Soleil"), proceeding *pro se*. The Court will not consider this letter. There is no indication that this letter was served on the other parties in this action. A court may not consider *ex parte* communications (confidential communications that are not disclosed to all parties) except under limited circumstances not present here.

Although the Court is not acting on the letter, in order to preserve the record, the Court shall make a copy of the letter and its attachments to be filed under seal. Pending a further Order from this Court, this document shall remain under seal and will not be accessible to the

///
///
///
///
///

parties in the case. The Clerk is HEREBY ORDERED to return the original letter and its attachments to Soleil at the address on the letter.

**IT IS SO ORDERED.**

Dated: June 10, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE