1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY KOSSICK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>ANTIAGING RESEARCH LABORATORIES, INC., et al.,<br><br>    Defendants. | Case No.: 15-cv-1076-JSW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Judge:**    Hon. Jeffrey S. White |

**ORDER**

The Court having received and read plaintiff's request to dismiss the action in its entirety pursuant to FRCP 41(a)(2) and the Declaration of Trevor M. Flynn attached thereto, IT IS HEREBY ORDERED that the above-captioned action is dismissed, in its entirety, with prejudice.

Dated: July 7, 2015

_____
United States Judge